| PROB 22(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:08CR00242-001BB |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **MIGUEL LUPERCIO** | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Bruce D. Black | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/13/2012 — TO 01/12/2015 |

OFFENSE: Possession with Intent to Distribute Five Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine, in violation of 21 U.S.C. Sec. 841(a)(1) and 841(b)(1)(A)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF NEBRASKA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6-26-12_                                     [signature]
Date                                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEBRASKA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                               _____
Effective Date                                United States District Judge